IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JANIEKA HARRISON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:24-cv-789-ECM |
| ALABAMA DEPARTMENT OF HUMAN RESOURCES, | ) |
| Defendant. | ) |

**O R D E R**

On December 23, 2024, the Magistrate Judge entered Recommendations (docs. 9, 10) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendations, it is

ORDERED that that the Recommendation of the Magistrate Judge (doc. 9) is ADOPTED, and this case is DISMISSED without prejudice for lack of jurisdiction. It is further

ORDERED that the Recommendation of the Magistrate Judge (doc. 10) is ADOPTED as modified, and the Plaintiff's motion for preliminary injunction (doc. 7) is DENIED as moot.

A separate Final Judgment will be entered.

DONE this 13th day of March, 2025.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE